1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KORRELL SANTANA COLE,                    Case No.  1:22-cv-00684-HBK (PC)

12              Plaintiff,                     ORDER GRANTING MOTION TO
                                               PROCEED *IN FORMA PAUPERIS*
13        v.
                                               (Doc. No. 2)
14   FNU WHITE, WARDEN, WASCO
     STATE PRISON, ET. AL.                     ORDER DIRECTING PAYMENT
15                                             OF INMATE FILING FEE BY THE
                Defendants.                    CALIFORNIA DEPARTMENT OF
16                                             CORRECTIONS

17

18

19          Plaintiff Korrell Santana Cole, a prisoner, initiated this action on June 6, 2022, by filing a

20   *pro s*e civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  Plaintiff

21   seeks leave to proceed *in forma pauperis* and submitted a copy of his prison trust fund statement

22   and a Certification from prison officials in support.  (Doc. Nos. 2, 5).  Plaintiff has made the

23   showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the

24   statutory filing fees as set forth in 28 U.S.C. § 1915.  **Plaintiff is obligated to make an initial**

25   **payment of $42.00[1] (20% of current balance in inmate account).  *Id*., § 1915(b)(1)(A).**

26   _____

27   [1] According to the Inmate Statement Report, Plaintiff's current balance in his inmate trust account is
     $217.16.  (Doc. No. 5 at 1).  It appears a six-month inmate account balance is not available because
     Plaintiff was recently transferred from the Orange County Jail following his conviction and sentence to
28   Wasco State Prison.

Thereafter, Plaintiff is required to make monthly payments of 20% of the preceding month's income credited to her trust account.  The California Department of Corrections is required to send the initial $42.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in her account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $42.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:    June 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2